UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL    JS-6

| Case No. | **CV 25-5853-AH(AJRx)** | Date | NOVEMBER 12, 2025 |
|---|---|---|---|

| Title | Omnisport, LLC et al v. Porsche Cars North America, Inc. et al |
|---|---|

Present: The Honorable   ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

On August 27, 2025, the Court issued an order giving the parties time to file their dismissal order by October 29, 2025, in light of the parties settlement. As of today no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice. [JS-6]

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS